■ In the Matter of PAUL W. THORPE, JR., et al., Respondents, v EVERETT McNAB et al., Respondents, and WILLIAM D. BROTHERTON, JR., Appellant. — In a proceeding to validate petitions designating the petitioners as candidates in the Republican Party Primary Election to be held on September 10, 1981, for the party position of County Committee Member, from the 136th Election District, Town of Islip, the appeal is from a judgment of the Supreme Court, Suffolk County (Gerard, J.), dated August 27, 1981, which, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements. (See *Matter of Donnelly v McNab,* 83 AD2d 896.) Mollen, P. J., Hopkins, O'Connor and Weinstein, JJ., concur.

■ In the Matter of CHARLES TIMEUS et al., Respondents, v EVERETT McNAB et al., Respondents, and JOAN RAFFERTY, Appellant. — In a proceeding to validate petitions designating the petitioners as candidates in the Republican Party Primary Election to be held on September 10, 1981, for the party position of County Committee Member, from the 62nd Election District, Town of Islip, the appeal is from a judgment of the Supreme Court, Suffolk County (Gerard, J.), dated August 27, 1981, which, *inter alia,* granted the application. Judgment affirmed, without costs or disbursements. (See *Matter of Donnelly v McNab,* 83 AD2d 896.) Mollen, P. J., Hopkins, O'Connor and Weinstein, JJ., concur.

■ In the Matter of CHESTER B. WALLACE, Appellant, v FRANK COVENEY et al., Respondents, and ANTHONY NOTO, Respondent. — In a proceeding to invalidate petitions designating Anthony Noto as a candidate in the Right to Life Party Primary Election to be held on September 10, 1981 for the public office of Suffolk County Legislator, 12th Legislative District, the appeal is from a judgment of the Supreme Court, Suffolk County (Gerard, J.), dated August 21, 1981, which, *inter alia,* dismissed the proceeding. Judgment affirmed, without costs or disbursements. We find no merit in appellant's contention that the designating petition failed to validly designate the office in issue (see *Matter of Donnelly v McNab,* 83 AD2d 896). Mollen, P. J., Hopkins, O'Connor and Weinstein, JJ., concur.